

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JOSEPH MCCORMICK,      §      No. 08-18-00073-CR

     Appellant,      §      Appeal from the

v.      §      143rd District Court

THE STATE OF TEXAS,      §      of Reeves County, Texas

     Appellee.      §      (TC# 17-01-08135-CRR)

§

**O R D E R**

Pending before the Court is Appellant's motion to supplement the reporter's record with the pretrial hearing of September 12, 2017 and to abate the briefing deadline pending supplementation of the reporter's record of the trial. The motion is GRANTED. Appellant is ORDERED to take the steps necessary to cause the court reporter to file a supplemental reporter's record of the September 12, 2017 pretrial hearing, which includes making a written request to the court reporter requesting a transcription of the pretrial hearing. *See* TEX.R.APP.P. 34.6(d)(permitting a party to submit a letter to the official court reporter to prepare, certify, and file a supplemental reporter's record containing an omitted item). The supplemental reporter's record is due to be filed no later than December 29, 2018. The Appellant's brief will be due thirty days after the supplemental reporter's record is filed.

IT IS SO ORDERED this 29th day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.